UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| William Hopkins | } | |
| | } | |
| Plaintiff | } | Cause No. 3:09-cv-00283-CRS |
| | } | |
| v. | } | **Notice of Dismissal** |
| | } | |
| Attorney Collection Services Inc. | } | |
| | } | |
| Defendant | } | |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes now the Plaintiff, William Hopkins, by counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby dismisses this action without prejudice.

Respectfully submitted,

/s Zachary L. Taylor
ZACHARY L. TAYLOR
455 S. 4th Street, Suite 1250
Louisville, Kentucky 40202
(502) 473.6464
zlt@louisvillefirm.com
*Counsel for Plaintiff*

**Certificate of Service**

It is hereby certified that a true and correct copy hereof will be served to all counsel of record by email via the Court's electronic CM/ECF filing system on this 13th day of December, 2013.

/s Zachary L. Taylor