**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**WILLIAM K. HOPKINS**                                                                   **PLAINTIFF**

vs                                                                **CIVIL ACTION NO. 3:09CV-283-S**

**ATTORNEY COLLECTION SERVICES, INC.**                      **DEFENDANT**

### ORDER

Counsel for plaintiff having filed a notice of voluntary dismissal (DN 28), no answer or other responsive pleading having been filed on behalf of the defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket without prejudice.

December 17, 2013

                                                        **Charles R. Simpson III, Senior Judge**
                                                          **United States District Court**

cc:     Counsel of Record